IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAMINE KABA, A72 166 602                              *
                Petitioner,

     v.                                        *   CIVIL ACTION NO. PJM-05-1414

I.C.E.                                               *
                Respondent.
                           ******

## MEMORANDUM OPINION

On May 20, 2005, the Court received this 28 U.S.C. § 2241 Petition for writ of habeas corpus challenging his continued post-removal-order detention by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). Petitioner, who alleged that he is a citizen of Liberia and has been in ICE post-removal-order custody since October 26, 2004, noted that his prior § 2241 Petition was dismissed based upon ICE affirmations that his removal was imminent and would be effected on or after April 11, 2005.[1] He complained that he remains in ICE custody and that his detention has extended beyond the six-month post-removal-order period dictated by the Supreme Court decision in *Zadvydas v. Davis,* 533 U.S. 678 (2001). *Id.* Petitioner requested immediate release from detention. *Id.*

On May 24, 2005, District Counsel for ICE filed a document with this Court which shows that Petitioner was removed from the United States on May 20, 2005. *See Kaba v. ICE*, Civil Action No. PJM-05-861, Paper No. 7 at Ex. A. Petitioner's deportation moots his habeas corpus challenge to his continued ICE confinement. The Petition shall therefore be dismissed.

A separate Order follows.

Date:   May 31, 2005                        _____/s/_____
                               PETER J. MESSITTE
                               UNITED STATES DISTRICT JUDGE

---

[1] *See Kaba v. ICE*, Civil Action No. PJM-05-861.